196 So.2d 535

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**James M. HOLMES et al.**

**No. 48612.**

March 29, 1967.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 194 So.2d 181.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.